**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE Trustee DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Vernice A. Stewart<br>Debtor(s) | CHAPTER 13<br><br>BKY. NO. 19-10761 MDC |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of MIDFIRST BANK and index same on the master mailing list.

    Respectfully submitted,

**/s/ Rebecca A. Solarz, Esq**
Rebecca A Solarz, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322