IN THE UNITED STATE BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | Vernice A. Stewart )<br>Debtor ) <br> ) <br> ) <br> ) | Chapter 13 <br><br> No. 19-10761-MDC |

### CERTIFICATION OF NO RESPONSE

    I hereby certify that I have received no answer, objection, or other responsive pleading to the Application for Compensation and respectfully request that the Order attached to the Motion be approved.

                                                              /s/David M. Offen
                                                               David M. Offen
                                                               Attorney for Debtor

Date:5/9/19