UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re : Chapter 13
: 19-10761-mdc
:
Vernice A Stewart :
:
Debtor :

## CONSENT ORDER (DEBTOR NOT SEEKING NOR ENTITLED TO DISCHARGE)

AND NOW, this _____ day of _____, 2019, upon agreement of the parties as to whether debtor is entitled to a discharge, it is

ORDERED, that pursuant to 11 U.S.C. Section 1328(f)(1) and in light of debtor's receiving a Chapter 7 discharge in Bankruptcy Case No 15-12948 MDC on September 10, 2015, which was during the 4 year period preceding the date of the filing under the instant Chapter 13 case filed on February 6, 2019, the court shall not grant a discharge in the instant case.

Date:_____

_____
Vernice A Stewart
Debtor

_____
Jacqueline M. Chandler, Esquire
for William C. Miller, Esquire
Chapter 13 Standing Trustee

_____
DAVID M. OFFEN
Attorney for Debtor

BY THE COURT

_____
HONORABLE MAGDELINE D. COLEMAN
BANKRUTPCY JUDGE

Vernice A Stewart
820 Elsinore Place
Chester, PA 19013

DAVID M. OFFEN
The Curtis Center
601 Walnut Street
Suite 160 West
Philadelphia, PA 19106

1