United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Vernice A Stewart  
      Debtor

Case No. 19-10761-mdc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: dlv     Page 1 of 1     Date Rcvd: Sep 30, 2019  
                  Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 02, 2019.  
db          +Vernice A Stewart,    820 Elsinore Place,    Chester, PA 19013-6222

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                            TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 02, 2019                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 30, 2019 at the address(es) listed below:  
         DAVID M. OFFEN    on behalf of Debtor Vernice A Stewart dmo160west@gmail.com,  
          davidoffenecf@gmail.com;offendr83598@notify.bestcase.com  
         REBECCA ANN SOLARZ    on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com  
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
         WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,  
          philaecf@gmail.com  
         WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com  
                                                                                 TOTAL: 5

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re                                  :    Chapter 13
                                       :    19-10761-mdc
                                       :
    Vernice A Stewart                  :
                                       :
            Debtor                     :

**CONSENT ORDER (DEBTOR NOT SEEKING NOR ENTITLED TO DISCHARGE)**

AND NOW, this __30th__ day of __September__, 2019, upon agreement of the parties as to whether debtor is entitled to a discharge, it is

ORDERED, that pursuant to 11 U.S.C. Section 1328(f)(1) and in light of debtor's receiving a Chapter 7 discharge in Bankruptcy Case No 15-12948 MDC on September 10, 2015, which was during the 4 year period preceding the date of the filing under the instant Chapter 13 case filed on February 6, 2019, the court shall not grant a discharge in the instant case.

Date:_____

_Vernice A Stewart_
Debtor

_DAVID M. OFFEN_
Attorney for Debtor

_Jacqueline M. Chandler, Esquire_
for William C. Miller, Esquire
Chapter 13 Standing Trustee

BY THE COURT

_Magdeline D. Coleman_
HONORABLE MAGDELINE D. COLEMAN
Chief U.S. BANKRUTPCY JUDGE

Vernice A Stewart
820 Elsinore Place
Chester, PA 19013

DAVID M. OFFEN
The Curtis Center
601 Walnut Street
Suite 160 West
Philadelphia, PA 19106

1