**IN THE UNITED STATE BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re   Vernice A. Stewart | ) Chapter 13 |
| Debtor | ) |
| | ) No.  19-10761-MDC |
| | ) |
| | ) |

**CERTIFICATION OF NO RESPONSE**

　　I hereby certify that I have received no answer, objection, or other responsive pleading to the Objection to Claim #4-1 and respectfully request that the Order attached be approved.

　　　　　　　　　　　　　　　　　　/s/David M. Offen
　　　　　　　　　　　　　　　　　　David M. Offen
　　　　　　　　　　　　　　　　　　Attorney for Debtors

Date: 10/11/19