**IN THE UNITED STATE BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**


In Re     Vernice A Stewart              )  Chapter 13
              Debtor                     )
                                         )  No.  19-10761-MDC
                                         )
                                         )


## CERTIFICATION OF NO RESPONSE


    I hereby certify that I have received no answer, objection, or other responsive pleading to the Motion to Modify Plan and respectfully request that the Order attached to the Motion be approved.


        /s/David M. Offen
        David M. Offen
        Attorney for Debtor(s)

Date: 11/12/19