IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                    :     CHAPTER 13
                          :
Vernice Stewart           :     No. 19-10761-MDC
    Debtor                :


ORDER DISALLOWING PROOF OF CLAIM#4-1


AND NOW, it is hereby ORDERED and DECREED that the Proof of Claim No. 4-1 of Axcess Financial in the amount of $2,960.48 hereby DISALLOWED. *Creditor shall have an allowed claim of $2,060.48*

11/26/2019

_____
HONORABLE MAGDELINE D. COLEMAN
CHIEF UNITED STATES BANKRUPTCY JUDGE


William C. Miller, Esq., Trustee

David M. Offen, Esquire

Vernice Stewart

Linda Massey
*on behalf of Axcess Financial*