IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                      :    CHAPTER 13
                            :
Vernice A. Stewart          :
     Debtor                 :    No. 19-10761-MDC

## O R D E R

AND NOW, this **6th** day of **February**, ~~2019~~ **2020**, upon consideration of the Motion to Modify Plan After Confirmation, it is hereby ORDERED, that the debtor's confirmed plan is modified and the Modified Plan attached hereto as Exhibit "A" shall be the new plan.

_Magdeline D. C_____
HONORABLE MAGDELINE D. COLEMAN
CHIEF UNITED STATES BANKRUPTCY JUDGE

cc:

William C. Miller, Trustee

David M. Offen, Esquire

Vernice Stewart