IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                    :      CHAPTER 13

Vernice Stewart            :      No. 17-18385-JKF
     Debtor

## OBJECTION TO CERTIFICATE OF DEFAULT

The Debtor Objects to the Certificate of Default on the following basis

1) Debtor has her own insurance and has paid her own taxes. The debtor has shown the insurance directly to the mortgage company and as such it would be inappropriate to grant relief in this case.

WHEREFORE Debtor respectfully requests this Honorable Court not grant the relief.


                                   /s/ David M. Offen
                                   David M. Offen
                                   Attorney for Debtor
Dated: 10/27/20


## CERTIFICATE OF SERVICE

The Chapter 13 Trustee and Rebecca Solarz, Esq are being served with a copy of this Objection.


                                   /s/ David M. Offen
                                   David M. Offen
                                   Attorney for Debtor
Dated: 10/27/20