*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Vernice A Stewart
    Debtor(s)

Case No: 19−10761−mdc

Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Magdeline D. Coleman , United States Bankruptcy Judge to consider:

Debtor's Objection to Certification of Default by Creditor MIDFIRST BANK

    on: 12/1/20

    at: 10:30 AM

    in: HRG will be held via Telephone Hearing, For connection dial in information see, Standing Order M−20−3003

Date: 11/4/20

For The Court

Timothy B. McGrath
Clerk of Court