## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Vernice A. Stewart
                Debtor(s)

MIDFIRST BANK
           v.
Vernice A. Stewart
           and
William C. Miller Esq.
           Trustee

Chapter 13

NO. 19-10761 MDC

## ORDER

AND NOW, this 17th day of June 2021 upon the filing of a Certification of Default by the Moving Party in accordance with the Stipulation of the parties approved on March 17, 2021 it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under 11 U.S.C. Sections 362 and 1301 of the Bankruptcy Reform Act of 1978 (The Code) 11 U.S.C. 11 U.S.C. Sections 362 and 1301 (if applicable), is modified to allow MIDFIRST BANK and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 820 Elsinore Place Chester, PA 19013.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

*Magdeline D. Coleman*

Magdeline D. Coleman
Chief U.S. Bankruptcy Judge

cc: See attached service list

Vernice A. Stewart
820 Elsinore Place
Chester, PA 19013

William C. Miller Esq.
P.O. Box 1229
Philadelphia, PA 19105

David M. Offen
The Curtis Center
601 Walnut Street, Suite 160 West
Philadelphia, PA 19106

KML Law Group, P.C.
Suite 5000 – BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532