July 28,2022

Kenneth E West, Esquire

~~Chapter 13 Standing Trustee~~

P.O. Box 40837

Philadelphia, PA 19107

Dear Mr. West

I writing this letter because I spoke with my lawyer David Offen

And he stated he is not filing a   motion to stop the Dismissal
and I need to have my payment in your office by August 2, 2022

So I'm overnighting a copy of my August Payment and I'm
overnighting my payment as well.

Respectfully submitted,

Vernice Stewart

Case# 19-10761- MDC

(610)818-7714

AUG - 1 2022

Citadel Federal Credit Union • 520 Eagleview Boulevard • Exton PA 19341

No. 0002553624

Acct: xxxxxxx  Teller: 1374  Date: 07/28/22  Time:  2:19pm

------------------------------------------------

See receipt for reference

------------------------------------------------

Check Number: 00 0002553624

------------------------------------------------

Purpose : SHARE WITHDRAWAL

Amount : $1,000.00

Pay to : KENNETH E WEST STANDING TRUSTEE
         FROM:VERNICE A STEWART
         RE:19-10761-MDC AUGUST 6TH